*Louis B. Boudin* for motions.

*David L. Delman* opposed.

Reargument of appeal ordered upon the question of what, if any, further proceedings should be taken.

CHARLES P. LOCKWOOD et al., Respondents, *v.* W. VINCENT HALL, et al., as Trustees of Series Q-1 Mortgage Investments of the NEW YORK TITLE AND MORTGAGE COMPANY, Appellants, et al., Defendants.

Argued February 23, 1944; decided April 6, 1944.

*Gustave B. Garfield* and *Daniel M. Krauskopf* for appellants.
*Gordon Miller* for respondents.

Order affirmed and judgment absolute ordered against appellants on the stipulation, with costs in all courts. No opinion.

Concur: LEHMAN, Ch. J., LOUGHRAN, RIPPEY, LEWIS, CONWAY, DESMOND and THACHER, JJ.

In the Matter of the Claim of LEWIS C. SMITH, Respondent. BROOKLYN BAR ASSOCIATION, Appellant; FRIEDA S. MILLER, as Industrial Commissioner, Respondent.

Argued February 24, 1944; decided April 6, 1944.